[No. 5369-1-II.   Division Two.   July 20, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
GOOD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 57627, Thomas R. Sauriol, J., entered Febru-
ary 27, 1981. *Affirmed* by unpublished opinion per Wors-
wick, J., concurred in by Petrich, A.C.J., and Petrie, J.

[No. 5216-4-II.   Division Two.   July 20, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. FRED
J. McKEE, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 80-1-00350-8, Terrence Hanley, J., entered
December 4, 1980. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Reed, C.J., and Worswick, J.

[No. 4617-6-III.   Division Three.   July 20, 1982.]

FRANK ALDRICH, *Appellant,* v. DONALD D. MEYER,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 79-2-00372-1, Joseph A. Esposito, J. Pro
Tem., entered May 28, 1981. *Affirmed* by unpublished
opinion per McInturff, C.J., concurred in by Green and
Roe, JJ.

[No. 5257-1-II.   Division Two.   July 21, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
GARY EAKLOR, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 782057, Arthur W. Verharen, J., entered
December 1, 1980. *Dismissed* by unpublished opinion per
Reed, C.J., concurred in by Petrie and Worswick, JJ.